| | | | |
|---|---|---|---|
| Com. v. Stahl | 1 WDA 2015<br>Affirmed | 11/29/2016 | CP–65–CR–0001233–2012<br>(Westmoreland) |
| Com. v. Rambert | 90 WDA 2015<br>Affirmed | 11/29/2016 | CP–02–CR–0002765–1987<br>(Allegheny) |
| O'Donnell v. Mortimer | 1058 WDA 2015<br>Affirmed | 11/29/2016 | No. AD14–10978<br>(Butler) |
| Com. v. Hartzfeld | 1356 WDA 2015<br>Vacated and<br>Affirmed | 11/29/2016 | CP–33–CR–0000645–2014<br>(Jefferson) |
| Com. v. King | 1454 WDA 2015<br>Affirmed | 11/29/2016 | CP–11–CR–0000826–2011<br>(Cambria) |
| Liberty Mutual v. Sanders | 1570 WDA 2015<br>Affirmed | 11/29/2016 | AR 13–000916<br>GD 13–002907<br>(Allegheny) |
| Bank of America v. Davis | 331 WDA 2016<br>Affirmed | 11/29/2016 | MG–13–000477<br>(Allegheny) |
| Com. v. Lane | 2494 EDA 2015<br>Affirmed | 11/30/2016 | CP–39–CR–0003487–2002<br>(Lehigh) |
| In re Sabatino [32] | 3836 EDA 2015<br>Affirmed,<br>Reversed and<br>Remanded | 11/30/2016 | 2014–X3350<br>(Montgomery) |
| Com. v. Queen | 769 EDA 2016<br>Vacated and<br>Remanded | 11/30/2016 | CP–23–CR–0001172–2002<br>(Delaware) |
| Com. v. Queen | 770 EDA 2016<br>Vacated and<br>Remanded | 11/30/2016 | CP–23–CR–0001173–2002<br>(Delaware) |
| Com. v. Queen | 771 EDA 2016<br>Vacated and<br>Remanded | 11/30/2016 | CP–23–CR–0001174–2002<br>(Delaware) |
| Com. v. Queen | 772 EDA 2016<br>Vacated and<br>Remanded | 11/30/2016 | CP–23–CR–0001435–2002<br>(Delaware) |
| Com. v. Thompson | 870 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/30/2016 | CP–23–CR–0004572–2015<br>(Delaware) |
| Com. v. Saeed | 1146 EDA 2016<br>Affirmed | 11/30/2016 | CP–51–CR–0003995–2008<br>(Philadelphia) |
| In the Interest of: I.J.W. | 1896 EDA 2016<br>Affirmed | 11/30/2016 | CP–51–DP–0002947–2014<br>(Philadelphia) |

**32.** Petition for reargument denied January 31, 2017.